Commonwealth *v.* Christiansen, Appellant.

Argued March 24, 1970. *Albert S. Fein,* with him *Fein, Criden, Johanson, Dolan & Morrissey,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Albert L. Becker,* Assistant

District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.